IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:16-cr-00117-JAM |
| | ) | |
| Plaintiff, | ) | RELEASE ORDER |
| | ) | |
| v. | ) | |
| | ) | JUDGE: Hon. John A. Mendez |
| DONALD ROSS, | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that defendant DONALD ROSS be released on October 16, 2017 at 9:00 a.m. from the Custody of the United States Marshal's Service to his mother, Josephine Ronquillo, who will transport him to Sacramento Recovery House.

DATED: October 10, 2017.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge